**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARILYN LEGNINI ) | |
| 4615 Harvard Road ) | |
| College Park, Maryland 20740, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| UNITED STATES OF AMERICA ) | |
| Serve: ) | |
| ) | |
| Alberto R. Gonzales ) | |
| Attorney General ) | |
| U.S. Department of Justice ) | |
| 950 Pennsylvania Avenue, N.W. ) | |
| Washington, DC 20530-0001 ) | |
| ) | |
| And ) | |
| ) | |
| Kenneth L. Wainstein ) | |
| U.S. Attorney for the District of Columbia ) | |
| 555 4th Street, N.W. ) | |
| Washington, D.C. 20530 ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**COMPLAINT**

Comes now Plaintiff, Marilyn A. Legnini ("Ms. Legnini"), by and through undersigned counsel, and states the following:

**Jurisdiction**

1.  This is an action arising under the FTCA, 28 U.S.C. § 2671 et seq.. This Court is vested with jurisdiction pursuant to Section 1346(b), Title 28 of the United States Code.

## Venue

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) in that the cause of action on which this action is based arose in this judicial district.

## Parties

3. Ms. Legnini is a citizen and resident of 4615 Harvard Road, College Park, Prince George's County, Maryland.

## Operative Facts

4. On or about October 22, 2002, Ms. Legnini, while riding in the front passenger's seat of a motor vehicle, was stopped at a red light on a public highway at the 1700 block of Rhode Island Avenue, N.E., Washington, D.C.

5. While stopped at the red light, Ms. Legnini's vehicle was struck from behind by Piercy Charlie Gray ("Mr. Gray").

6. At the time of the accident, Mr. Gray was an employee of the United States Postal Service ("USPS"), an agency of the United States of America.

7. At the time of the accident, Mr. Gray was acting within the scope of his office or employment, by driving a USPS vehicle, # 180044.

8. In addition to various other severe and permanent injuries, Ms. Legnini sustained a concussion and was otherwise seriously injured in the accident.

9. Specifically, Ms. Legnini suffered damages to her body, including, but not limited to, her head, neck, shoulders, and back.

10. As a direct and proximate result of these injuries, Ms. Legnini has endured and will continue to endure, great pain and suffering and mental anguish, and is permanently disabled over 15% of her person as a result of the accident.

11. Ms. Legnini has spent approximately sixty thousand dollars ($60,000.00), and will continue to spend, large sums of money for medical expenses.

12. As a result of the accident, Ms. Legnini was prevented from working and has suffered loss of wages in the amount of seventeen thousand dollars ($17,000.00).

13. Pursuant to the FTCA, on October 4, 2004, Ms. Legnini submitted her claim, in the amount of four hundred fifty-three thousand, four hundred eighty-eight dollars ($453,488.00), to the USPS.

14. On July 11, 2005, the USPS rejected Ms. Legnini's claim.

15. As a result of this denial, Ms. Legnini files this action to pursue her damages.

COUNT I
(Negligence)

16. Ms. Legnini realleges and incorporates by reference Paragraphs 1 through 15 of this Complaint, and further states as follows:

17. Mr. Gray had a duty of care to operate his vehicle in a proper and prudent manner.

18. Mr. Gray breached his duty by colliding his USPS vehicle in the rear of Ms. Legnini's vehicle while she was stopped at a red light.

19. Mr. Gray also breached his duty by negligently failing to keep a proper lookout and in failing to take, or attempt to take, reasonable action to avoid the collision.

20. Mr. Gray otherwise failed to act prudently under the circumstances.

21. Mr. Gray's negligence was the proximate cause of the collision, and such negligence is imputed to the Defendant, United States of America.

22. The aforesaid injuries were caused solely by the United States, its agencies, its agents, servants, or employees, and without any negligence on the part of Ms. Legnini contributing thereto.

23. If the Defendant were a private person, it would be liable to Ms. Legnini in accordance with the law of the District of Columbia.

Wherefore, Ms. Legnini requests judgment against Defendant United States of America as follows:

a. Damages in the amount of four hundred fifty-three thousand, four hundred eighty-eight dollars ($453,488.00) for Ms. Legnini for past and future medical expenses, lost wages, loss of future wages, and pain and suffering;

b. Ms. Legnini's costs and reasonable attorney's fees in this action.

c. Such other relief as the court may deem just and proper.

Respectfully submitted,

_____/s/_____
James E. McCollum, Jr.
Bar # 398117

McCollum & Associates, L.L.C.
7309 Baltimore Avenue, Suite 117
College Park, MD 20740-1717
(301) 864-6070

*Attorneys for Plaintiff*