AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marilyn Legnini

**SUMMONS IN A CIVIL CASE**

V.

United States of America

CASE NUMBER   1:06CV00012

JUDGE: Richard W. Roberts

CASE NUM

DECK TYPE: General Civil

DATE STAMP: 01/05/2006

TO: (Name and address of Defendant)

Alberto R. Gonzales, U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. McCollum, Jr.
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD 220741

an answer to the complaint which is served on you with this summons, within _____**60**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN - 5 2005

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | DATE<br>01-09-06 at 11:30 a.m. |
| NAME OF SERVER *(PRINT)*<br>Daniel F. Portnoy | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): __By serving Devores Murphy, General Mail Clerk II, authorized to__ __accept. Service was completed at 950 Pennsylvania Avenue, NW, Washington, DC__ __20530.__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __01-09-06__
             Date

          *Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

\* Summons, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.