UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN LEGNINI** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-0012 (RWR) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the defendant, United States of America, in the above-captioned case.

Respectfully submitted,

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2006, I caused the foregoing Praecipe to be served on Plaintiff's attorney, Mr. James E. McCollum, Jr., McCollum & Associates, LLC, 7309 Baltimore Avenue, Suite 117, College Park, MD 20741 via Electronic Case Filing (ECF).


/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334