UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN LEGNINI | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00012 (RJL) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE PLEAD**

Defendant, the United States of America, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint until, Thursday, April 9, 2006.  The answer is now due on Friday, March 10, 2006.  This is the first request by Defendant for an extension of time.  Counsel for the Plaintiff consents to the filing of this motion.  Plaintiff has brought this action under the Federal Tort Claims Act as a result of an automobile collision.

Due to the voluminous record in the administrative proceeding that was filed with the U.S. Postal Service, additional time is needed to investigate the complaint and complete the review of the claim file

.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334