UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN LEGNINI** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| 5. | ) Civil Action No. 06-00012 (RJL) |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

UPON CONSIDERATION of Defendant's Consent Motion for an Enlargement of Time, and the entire record herein, it is this ____ day of _____, 2006, hereby

ORDERED, that Defendant's motion is GRANTED, and it is

FURTHER ORDERED, that defendant shall answer or otherwise respond to plaintiff's complaint on or before April 9, 2006.

_____
**UNITED STATES DISTRICT JUDGE**