UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN LEGNINI,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant | )<br>)<br>)<br>)<br>)  Civil Action No: 06-0012 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER

Now comes the Defendant, United States of America, by and through Counsel and hereby answers the Plaintiff's Complaint as follows:

### AFFIRMATIVE DEFENSES

#### First Defense

Plaintiff has failed to state a claim upon which relief may be granted.

#### Second Defense

Pursuant to 28 U.S.C. § 2412(d)(1)(A), Plaintiff cannot recover attorney's fees from the United States.

#### Third Defense

Plaintiff's recovery against defendant United States of America, if any, is limited to the damages recoverable under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671, et. seq.

## Fourth Defense

Answering specifically the numbered paragraphs of Plaintiff's Complaint, using the same paragraph numbering, and without waiving any defenses and/or objections, Defendant admits, denies, or otherwise avers as follows:

1. Defendant admits the allegations contained in Paragraph 1 of the Plaintiff's complaint.

2. Defendant admits the allegations contained in Paragraph 2 of the Plaintiff's complaint.

3. Defendant denies the allegations contained in Paragraph 3 of the Plaintiff's complaint for want of knowledge.

4. Defendant denies the allegations contained in Paragraph 4 of the Plaintiff's complaint for want of information.

5. Defendant admits only that the vehicle in which Plaintiff was a passenger was stopped at a red light and was struck from behind by the vehicle driven by Charlie Gray Piercy, and denies the remaining allegations contained in paragraph 5 of the Plaintiff's complaint.

6. Defendant admits only that Mr. Piercy was an employee of the United States Postal Service (USPS) at the time of the accident, and denies the remaining allegations contained in paragraph 6 of the Plaintiff's complaint.

7. Defendant admits the allegations contained in paragraph 7 of the Plaintiff's complaint but only as far as those allegations pertain to Mr. Percy and denies the remaining allegations.

8. Defendant denies the allegations contained in paragraph 8 of the Plaintiff's complaint, for want of knowledge.

9. Defendant denies the allegations contained in paragraph 9 of the Plaintiff's complaint, for want of knowledge.

10. Defendant denies the allegations contained in paragraph 10 of the Plaintiff's complaint, for want of knowledge.

11. Defendant denies the allegations contained in paragraph 11 of the Plaintiff's complaint, for want of knowledge.

12. Defendant denies the allegations contained in paragraph 12 of the Plaintiff's complaint, for want of knowledge.

13. Defendant admits only that pursuant to the FTCA, Plaintiff filed an administrative claim in the amount of $453,488.00 with the USPS and denies any and all remaining allegations contained in paragraph 13 of the Plaintiff's complaint.

14. Defendant admits the allegations contained in paragraph 14 of the Plaintiff's complaint.

15. Defendant admits only that Plaintiff filed this lawsuit and denies the remaining allegations contained in paragraph 15 of the Plaintiff's complaint.

16. For its answer to paragraph 16, Defendant realleges and incorporates by reference its responses to paragraphs 1 through 15 of the plaintiff's complaint as if fully set forth herein.

17. Defendant admits the allegations contained in paragraph 17 of the Plaintiff's complaint.

18. Defendant denies the allegations contained in paragraph 18 of the Plaintiff's complaint.

19. Defendant denies the allegations contained in paragraph 19 of the Plaintiff's complaint.

20. Defendant denies the allegations contained in paragraph 20 of the Plaintiff's complaint.

21. Defendant denies the allegations contained in paragraph 21 of the Plaintiff's complaint.

22. Defendant denies the allegations contained in paragraph 22 of the Plaintiff's complaint, for want of knowledge.

23. Defendant denies the allegations contained in paragraph 23 of the Plaintiff's complaint.

The balance of Plaintiff's complaint contain unnumbered paragraphs, which consist of the Plaintiff's Prayer for Relief and do not require a response. To the extent a response is required, deny.

Defendant denies each and every allegation in the Complaint that has not been previously otherwise qualified or denied. Defendant denies that plaintiff is entitled to attorney fees under the FTCA, 28 U.S.C. § 2412(d)(1)(A).

WHEREFORE, the defendant has fully answered and requests the Court to grant the relief that it deems just and proper.

Dated this 10th day of April, 2006.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR #
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334