IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN LEGNINI, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>_____ ) | Case No.:  06-0012 (RWR) |

## JOINT REPORT PURSUANT TO LOCAL CIVIL RULE 16.3

Pursuant to LCvR 16.3, counsel for the parties conferred by telephone on June 27, 2006. As a consequence of this conference, the parties hereby report to the Court as follows:

**1. Disposition by Dispositive Motion**

The Plaintiff intends to file a motion for summary judgment.  The Defendant does not intend on filing a dispositive motion in this case.

**2. Joinder of Parties/Amendment of Pleadings**

The Plaintiff does not anticipate joining additional parties or amending her pleadings. The Defendant may join additional parties to this case.  The parties agree that the deadline for joining additional parties and/or amending the pleadings is July 21, 2006.  The parties agree that attempting to limit or agree upon legal or factual issues at this time would be premature.

**3. Assignment to a Magistrate Judge**

The parties agree that this case should be assigned to a magistrate judge for discovery disputes only.  For all other purposes, the parties agree that this case should not be assigned to a magistrate judge.

**4. Possibility of Settlement**

The parties remain willing to discuss settlement. However, the parties agree that such discussions will be more productive following the conclusion of discovery in this matter.

**5. Alternative Dispute Resolution**

The parties agree that Alternative Dispute Resolution ("ADR") proceedings may be beneficial at some point, in particular, after the close of all discovery, including expert reports and/or depositions. Thus, the parties propose that mediation take place on February 26, 2007.

**6. Proposed Briefing Schedule for Summary Judgment Motion**

The parties agree to the following dates regarding the proposed briefing schedule for summary judgment motions. All dispositive motions must be filed no later than November 1, 2006. Any opposition must be filed no later than December 1, 2006. Any reply must be filed no later than December 21, 2006. The parties suggest that any decision on such motions be made on or about January 2, 2007.

The parties further agree that discovery pertaining to expert witnesses, if any, should proceed during the pendency of any motion.

**7. Initial Disclosures**

The parties agree not to dispense with the initial disclosures required under F.R.Civ.P. Rule 26(a)(1). The deadline for providing initial disclosures is July 17, 2006.

**8. Extent of Discovery**

a. *Date for completion of discovery*: The parties agree that all discovery, with the exception of expert reports and expert depositions, be completed no later than October 2, 2006.

b. *Number of interrogatories/requests for document production*: The parties agree that the limits that the limits set forth in the Fed. R. Civ. P. with respect to interrogatories and

requests for document production are appropriate for discovery in this case.

      c. *Number of depositions*: The parties agree that the limits set forth in the Fed. R. Civ. P. with respect to depositions are appropriate for discovery in this case.

      d. *Duration of depositions*: The parties agree that the limits set forth in the Fed. R. Civ. P. with respect to the duration of depositions are appropriate.

      e. *Need for protective order*: The parties do not anticipate that a protective order will be necessary at this time.

**9. Expert Witnesses**

The parties agree to the following schedule for the exchange of expert witness reports and information pursuant to Fed. R. Civ. P. 26(a)(2):

      (a) Plaintiff's disclosures: November 2, 2006.

      (b) Defendant's disclosures: December 21, 2006.

The parties also agree that the deadline for deposing experts is January 31, 2007.

**10. Class Actions**

      Not applicable.

**11. Management of Trial/Discovery**

      The parties agree that trial and/or discovery should not be bifurcated.

**12. Date of Pretrial Conference**

      The parties agree that pretrial be scheduled on or about February 2, 2007.

**13. Scheduling a Trial Date**

      The parties request that the Court set a trial date at the pretrial conference.

**14. Other Appropriate Matters**

      Not applicable.

The parties have attached a Joint Proposed Scheduling Order.

Respectfully submitted:

| | |
|---|---|
| _____/s/_____<br>James E. McCollum, Jr.<br>Bar # 398117 | _____/s/_____<br>Heather D. Graham-Oliver |
| McCollum & Associates, L.L.C.<br>7309 Baltimore Avenue, Suite 117<br>College Park, MD 20740-1717<br>(301) 864-6070 | Assistant United States Attorney<br>Judiciary Center Building<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 305-1334 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARILYN LEGNINI, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>　　Defendant. )<br>_____ ) | Case No.: 06-0012 (RWR) |

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule 16.3(c), the parties have conferred regarding the order and timing of proceedings in this case.  Upon consideration of the papers submitted by the parties, it is this _____ day of July, 2006:

**ORDERED**, that the Joint Proposed Scheduling Order is adopted; and it is further

**ORDERED**, that the parties shall proceed according to the following schedule:

The parties will exchange initial disclosures on or before July 17, 2006.

The parties will join additional parties and/or amend pleadings no later than July 21, 2006.

All discovery, with the exception of expert reports and expert depositions, will be completed no later than October 2, 2006.

All dispositive motions must be filed no later than November 1, 2006.

Any opposition to a dispositive motion must be filed no later than December 1, 2006.

Any reply to an opposition to a dispositive motion must be filed no later than December 21, 2006.

Plaintiff's disclosures with regard to expert witness reports and information pursuant to Fed. R. Civ. P. 26(a)(2) be made no later than November 2, 2006.

Defendant's disclosures with regard to expert witness reports and information pursuant to Fed. R. Civ. P. 26(a)(2) be made no later than December 21, 2006.

5

The deadline for deposing experts is January 31, 2007.

That pretrial be scheduled on or about February 2, 2007.

That mediation take place on or about February 26, 2007.

That the Court set a trial date at the pretrial conference.

_____<br>United States District Judge