IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN LEGNINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 06-0012 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Marilyn Legnini, makes her mandatory disclosures as follows:

**A.   Witnesses**

1. Plaintiff, Marilyn Legnini, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to, being struck from behind by Piercy Charlie Gray, a United States Postal Service driver and her damages.

2. Defendant, Piercy Charlie Gray, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to the accident.

3. Dr. Kirchner, Diagnostic Imaging, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to the injuries that Plaintiff sustained as a result of the accident.

4. Dr. Fred Bruno (chiropractor), 9211 Old Georgetown Rd., Bethesda, MD 20814, 301-897-5533, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to the injuries that Plaintiff sustained as a result of the accident.

5. Dr. William Adams, Seabrook Radiological Center, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to the injuries that Plaintiff sustained as a result of the accident.

6. Dr. Chester DiLallo (Greater Orthopedic), 8118 Good Luck Rd., Suite 401, Lanham, MD 20706, 301-552-8890, is likely to have discoverable information relevant to

disputed facts alleged with particularity in the pleadings including, but not limited to the injuries that Plaintiff sustained as a result of the accident.

7. Dr. Veronica Mitchell, Georgetown University Hospital, Anesthesia Pain Management Center, 3800 Reservoir Rd., CCC Ground Level, Washington, D.C. 20007, 202-784-2090, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to the injuries that Plaintiff sustained as a result of the accident.

8. Dr. Gary Dix, 2002 Medical Pkwy., Suite 430, Annapolis, MD 21401, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to the injuries that Plaintiff sustained as a result of the accident.

9. Dr. Gabriel Jaffe, 7500 Hanover Pkwy., Greenbelt, MD 20770, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to the injuries that Plaintiff sustained as a result of the accident.

10. Dr. William Leahy, Neurological Medicine, P.A., is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to the injuries that Plaintiff sustained as a result of the accident.

11. Dr. Babaka Arvanaghi, National Rehab Hospital, Suburban Regional, 6410 Rockledge Drive, Suite 600, Bethesda, MD 20817, 301-581-8030, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to the injuries that Plaintiff sustained as a result of the accident.

12. Deloris Galloway, Payroll Analyst, U.S. Department of Interior, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings including, but not limited to Plaintiff's loss of wages and/or leave.

**B.   Documents**

1. Medical records and invoices from Doctor's Community Hospital Emergency Room, 8118, Good Luck Road, Lanham, MD 20706, 301-552-8665.

2. Medical records and invoices from Physiotherapy Association, 7505 Greenway Ctr., Suite 301, Greenbelt, MD 20770.

3. Medical records and invoices from Georgetown University Hospital, Anesthesia Pain Management Center, 3800 Reservoir Rd., CCC Ground Level, Washington, D.C. 20007, 202-784-2090.

      4.   Medical records and invoices from Seabrook Radiological Center, 7401-A Forbes Blvd., Seabrook, MD  20706-2200.

      5.   Medical records and invoices from Dr. Fred Bruno's office.

      6.   Medical records and invoices from Dr. William Adams' office.

      7.   Medical records and invoices from Dr. Chester DiLallo's office.

      8.   Medical records and invoices from Dr. Veronica Mitchell's office.

      9.   Medical records and invoices from Dr. Gary Dix's office.

      10.  Medical records and invoices from Dr. Gabriel Jaffe's office.

      11.  Medical records and invoices from Dr. William Leahy's office.

      12.  Medical records and invoices from Dr. Babaka Arvanaghi's office.

      13.  Plaintiff's demand letter to U.S.P.S. dated October 4, 2004.

      14.  United States Postal Service letter dated July 11, 2005, denying Plaintiff's claim and demand for settlement.

      15.  Plaintiff's statement of loss of wages and/or leave.  Please note this statement will be supplemented in the normal course of discovery.

      16.  Plaintiff's prescriptions.

      17.  Miscellaneous records and invoices.

**C.**    **<u>Computation of Damage</u>**

      1.   Plaintiff seeks the following compensatory damages:

    (a)  Past and future medical expenses in an amount to be determined at trial

    (b)  Loss of wages and/or leave in an amount to be determined at trial.

    (c)  Pain and suffering in an amount to be determined at trial.

    (d)  Loss of future earnings in an amount to be determined trial.

    (e)  Reasonable attorney's fees, costs, and expenses.

    (f)  Such other relief as the Court deems equitable and just.

**D.** <u>**Insurance Agreements**</u>

    None.

4

Respectfully submitted,

_____/s/_____
James E. McCollum, Jr.
Federal Bar # 06448

_____/s/_____
Amit K. Sharma
Federal Bar # 16660

McCollum & Associates, L.L.C.
P.O. Box 1717
7309 Baltimore Avenue, Suite 117
College Park, MD 20740-1717
(301) 864-6070

*Attorneys for Plaintiff*

5

**Certificate of Service**

I hereby certify that a copy of the foregoing was served by hand delivery this __17__ day of July 2006, to:

> Heather D. Graham-Oliver, Esquire
> Judiciary Center Building
> 555 4th Street, N.W.
> Washington, D.C. 20530

_____/s/_____
Amit K. Sharma

6