UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN LEGNINI** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-00012 (RJL) |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**THE PARTIES' JOINT MOTION FOR AN EXTENSION
OF THE DISCOVERY SCHEDULE**

The parties are hereby respectfully requesting an extension of time in which to complete discovery up to and including February 9, 2007.  Discovery is currently scheduled to end on October 2, 2006.  Written discovery has been exchanged between the parties; however, the answers to the written discovery has yet to be completed and no depositions have been taken to date.  Given the need to complete the written and document discovery first, the parties have yet to schedule depositions.

The current scheduling order is as follows:

| | |
|---|---|
| Discovery cut-off deadline | October 2, 2006 |
| Dispositive Motions | November 1, 2006 |
| Oppositions | December 1, 2006 |
| Replies | December 21, 2006 |

| | |
|---|---|
| Plaintiff's Expert Report | November 2, 2006 |

| Defendant's Expert Report | December 21, 2006 |
|---|---|

The parties are proposing that all discovery end by February 9, 2007 and dispositive motions, if any, be due thirty days thereafter, i.e., by March 12, 2007. The oppositions and replies, if any, will be due according to the mandates of the local rules of civil procedure. All other dates are to remain the same.

Good cause exists for the granting of this motion. The completion of discovery has been complicated by the travel schedules, including family vacation schedules, of the people whose input is necessary for the preparation of discovery submissions and answers, including counsel for the parties. A representative, non-exclusive sample of defense counsel's responsibilities include, but are not limited to:

- Responding to discovery requests on behalf of the United States in Kalil v. USDA, Civ. Act. No. 01-2194 (RJL).

- Responding to discovery requests on behalf of the United States in Simmons v. Cox, Civ. Act. No. 05-1828 (RCL).

- Continuing efforts to negotiate a settlement in Schmidt v. Dep't of Labor, D.C. Cir. Case No. 04-5405 (mediation on-going).

- Continuing to Investigate and Respond to the complaint in Ball v. U.S.A., Civ. Act. No. 06-0059 (RMU).

- Continuing to Investigate and Respond to complaint in FOIA complaint entitled RFK Memorial v. Dept. of Treasury, Civ. Act. No. 06-1437 (RWR).

- Preparing and filing reply and opposition in NATCA v. FAA, Civ. Act. No. 06-0053 (EGS).

- Preparing and filing Motion for Summary Judgment in James v. U.S. Customs, Civ. Act. No. 06-0562 (RMC).

As such, good cause exists for this request.

For these reasons the parties have been unable to complete discovery within the previously scheduled period and thereby request an extension of the schedule.

Respectfully submitted,

/s/
_____
AMIT SHARMA, ESQ.
JAMES E. McCOLLUM, Jr., ESQ.
D.C. Bar # 398117
McCollum & Associates, L.L.C
7309 Baltimore Avenue, Suite 117
College Park, MD 20740-1717

/s/
_____
KENNETH L. WAINSTEIN,
D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS,
D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334