UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN LEGNINI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0012 (RJL) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**THE PARTIES' MOTION FOR AN EXTENSION
OF THE DISCOVERY SCHEDULE**

The parties are hereby respectfully requesting an extension of time in which to complete discovery up to and including February 9, 2007.  All Discovery is currently scheduled to end on December 20, 2006.[1]  The parties are seeking to better clarify their request for an enlargement in that the following discovery order will better fit the needs of the case and accommodate the parties' existing schedules.  This is a tort matter against the United States of America in which expert discovery is essential.  At the end of discovery, the case is scheduled for ADR.  In order to facilitate settlement, this additional time to conduct expert discovery is necessary. Accordingly, the following discovery schedule is being requested:

| | |
|---|---|
| Plaintiff's Expert Designation and Report | December 8, 2006 |
| Defendant's Expert Designation and Report | January 8, 2007 |
| Close of All Discovery (including expert depositions and Plaintiff's IME) | February 9, 2007 |
| Dispositive Motions Deadline | March 12, 2007 |

---

[1] On September 28, 2006 the parties filed a joint motion for an extension of time to complete discovery until February 9, 2006.  On September 29, 2006, Magistrate Judge, Deborah Robinson, granted the motion, in part, extending the discovery deadline for both fact and expert discovery until December 20. 2006.

| Pretrial | March 12, 2007 |
| --- | --- |
| ADR | March 26, 2007 |

This schedule makes clear when the Rule 26(a)(2) reports are due and will also accommodate the plaintiff's IME and the deposition of the expert witnesses.

Moreover, a representative, non-exclusive sample of counsel's responsibilities include, but are not limited to:

Defense Counsel:

Trial in <u>Jeanne Simpson v. Mike Leavitt, Secretary U.S. Dept. of Health & Human Services</u>, Civ. Act. No. 03-1123 (PLF), scheduled for January 10, 2007.

As such, good cause exists for this request.

Respectfully submitted,

/s/
_____
JAMES E. McCOLLUM, Jr., ESQ.
D.C. Bar # 398117
AMIT K. SHARMA
Federal Bar # 16660
McCollum & Associates, L.L.C
7309 Baltimore Avenue, Suite 117
College Park, MD 20740-1717
(301) 864-6070

/s/
_____
JEFFREY A. TAYLOR,
D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS,
D.C. BAR # 434122
Assistant United States Attorney

          /s/
_____                _____
                            HEATHER D. GRAHAM-OLIVER
                            Assistant United States Attorney
                            Judiciary Center Building
                            555 4th St., N.W.
                            Washington, D.C.  20530
                            (202) 305-1334