IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN LEGNINI,          ) | |
|        ) | |
|    Plaintiff,      ) | |
|        ) | |
| v.          ) | |
|        ) | Civil Action No.: 06-0012 (RJL) |
| UNITED STATES OF AMERICA,    ) | |
|        ) | |
|    Defendant.      ) | |
| _____) | |

## CONSENT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

COMES NOW, Plaintiff Marilyn Legnini ("Plaintiff"), by and through undersigned counsel, hereby moves for a continuance of the status conference in the above-listed matter currently set for May 7, 2007, at 11:00 a.m. Defendant, United States of America, through counsel, graciously consents to this Motion. Plaintiff's counsel is scheduled to be out of the country on May 7, 2007. As a result, Plaintiff respectfully requests that the Court continue the status conference to either May 21 or 22, 2007.

Respectfully submitted,

_____/s/_____
James E. McCollum, Jr.
DC Bar # 398117

McCollum & Associates, LLC
P.O. Box 1717
7309 Baltimore Avenue
Suite 117
College Park, MD
301-864-6070

*Attorneys for Plaintiff*

<u>Certificate of Service</u>

I HEREBY CERTIFY that a copy of the foregoing was served electronically, this <u>12th</u> day of April 2007, to the following:

>Heather D. Graham-Oliver, Esquire
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C.  20530

_____/s/_____<br>James E. McCollum, Jr.