UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN LEGNINI | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0012 (RJL) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
|       Defendant. | ) |

**MOTION FOR AN EXTENSION
OF THE MEDIATION SCHEDULE**

Defendant with Plaintiff's consent respectfully requests an extension of time of up to ninety (90) days in which to complete mediation in the aforementioned matter. This matter was originally referred to mediation on May 22, 2007. It is a tort matter involving a vehicular accident between the Plaintiff and a U.S. Postal Service van and was brought against the United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680.

Mediation was originally tentatively scheduled for July 19, 2007; however, due to Agency counsel's trial and vacation schedule as well as the necessity of out of state travel in order for counsel to be present at the mediation, the mediation was unable to go forward in either July or August. Nevertheless, the parties agree that the matter should be referred once again to mediation. Accordingly, an extension of the referral to mediation is being requested for another ninety (90) days up to and including November 21, 2007.

This request is not for purposes of delay but for good cause.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR,
D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS,
D.C. BAR # 434122
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334