IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN LEGNINI,            )<br>                             )<br>    Plaintiff,             )<br>                             )<br>v.                           )<br>                             )   Civil Action No.: 06-0012 (RJL)<br>UNITED STATES OF AMERICA,    )<br>                             )<br>    Defendant.               )<br>_____) | |

**JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

COMES NOW, Plaintiff Marilyn Legnini ("Plaintiff"), and Defendant United States of America ("Defendant"), by and through their respective undersigned counsels, hereby move for a continuance of the status conference in the above-listed matter currently set for December 7, 2007, at 2:30 p.m.  Mediation in this matter is set for December 12, 2007, at 1:30 p.m.  The parties respectfully request that the Court continue the status conference to either December 17, 18, or 19, 2007.

Respectfully submitted:

_____/s/_____                         _____/s/_____
James E. McCollum, Jr.                         Heather D. Graham-Oliver
Bar # 398117

McCollum & Associates, L.L.C.                  Assistant United States Attorney
7309 Baltimore Avenue, Suite 117               Judiciary Center Building
College Park, MD 20740-1717                    555 4th Street, N.W.
(301) 864-6070                                 Washington, D.C. 20530
                                               (202) 305-1334

*Attorney for Plaintiff*                       *Attorney for Defendant*

2

<u>Certificate of Service</u>

I HEREBY CERTIFY that a copy of the foregoing was served electronically, this <u>27th</u> day of November 2007, to the following:

>Heather D. Graham-Oliver, Esquire
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C.  20530

_____/s/_____
James E. McCollum, Jr.