IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARILYN LEGNINI,               )
                               )
          Plaintiff,           )
                               )
v.                             )
                               )     Civil Action No.: 06-0012 (RJL)
UNITED STATES OF AMERICA,       )
                               )
          Defendant.           )
_____)

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

COMES NOW, Plaintiff Marilyn Legnini ("Plaintiff"), and Defendant United States of America ("Defendant"), by and through their respective undersigned counsels, hereby move for a continuance of the status conference in the above-listed matter currently set for December 19, 2007, at 2:30 p.m.  The parties reached a settlement in this matter at the mediation, which took place on December 12, 2007.  Currently, the parties are in the process of memorializing their understanding and Plaintiff will dismiss this action with prejudice once the settlement agreement is fully executed.  As a result, the parties respectfully request that the Court continue the status conference.


          Respectfully submitted:


_____/s/_____               _____/s/_____
James E. McCollum, Jr.                 Heather D. Graham-Oliver
Bar # 398117


McCollum & Associates, L.L.C.          Assistant United States Attorney
7309 Baltimore Avenue, Suite 117       Judiciary Center Building
College Park, MD 20740-1717            555 4th Street, N.W.
(301) 864-6070                         Washington, D.C. 20530
                                       (202) 305-1334


*Attorney for Plaintiff*               *Attorney for Defendant*

<u>Certificate of Service</u>

I HEREBY CERTIFY that a copy of the foregoing was served electronically, this <u>18th</u>

day of December 2007, to the following:

> Heather D. Graham-Oliver, Esquire
> Judiciary Center Building
> 555 4th Street, N.W.
> Washington, D.C.  20530

>                      /s/
>            James E. McCollum, Jr.

2