# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN LEGNINI** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 06-0012 (RJL)** |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S NOTICE OF FILING REVISED STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL.

_____Now comes the Defendant and hereby files the parties' Revised Stipulation of Settlement and Order of Dismissal.  The Revised Stipulation is filed as an attachment to this notice.  The parties await the Court's signature on the Revised Stipulation.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334